NATHALIE E. BAYLIES, Respondent, *v.* SCHUYLER V. C. HAMIL-
TON et al., Respondents.

. ALEXANDER SCHUYLER HAMILTON and BEATRICE RAY HAMIL-
TON, Appellants.

*Baylies* v. *Hamilton,* 36 App. Div. 133, affirmed.
(Argued December 5, 1900; decided January 22, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
2, 1899, modifying, and affirming as modified, interlocutory
and final judgments entered in an action for the partition of
certain real property upon the report of a referee.

*Lewis L. Delafield* and *George W. Ellis* for appellants.

*George E. P. Howard* and *David J. Gallert* for
respondents.

Judgment affirmed on the prevailing opinion below, with
costs to each party appearing by separate attorneys upon this
appeal, payable out of the proceeds of the sale.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

THOMAS H. ARMSTRONG, Appellant, *v.* METROPOLITAN STREET
RAILWAY COMPANY, Respondent.

*Armstrong* v. *Metropolitan St. Ry. Co.,* 36 App. Div. 525, affirmed.
(Submitted December 7, 1900; decided January 22, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
February 3, 1899, which reversed a judgment in favor of
plaintiff entered upon a verdict, and an order denying a motion
for a new trial and granted a new trial.

*John H. Clapp* and *Benjamin F. Gerding* for appellant.

*Charles F. Brown* and *Henry A. Robinson* for respondent.

Order affirmed and judgment absolute ordered against plain-
tiff on the stipulation, with costs.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN
and WERNER, JJ. Not sitting: CULLEN, J.